**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————

**No. 03-6268**

————

JAVIER GONZALES-RODRIGUEZ,

                              Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Respondent - Appellee.

————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-03-15-5-BO)

————

Submitted: April 17, 2003            Decided: April 24, 2003

————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

————

Affirmed by unpublished per curiam opinion.

————

Javier Gonzales-Rodriguez, Appellant Pro Se.

————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Javier Gonzales-Rodriguez, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gonzales-Rodriguez v. United States, No. CA-03-15-5-BO (E.D.N.C. Jan. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED